MICHAEL KENNEY, Respondent, *v.* LAURA V. RHINELANDER, Appellant.

*Kenney* v. *Rhinelander*, 28 App. Div. 246, affirmed.
(Argued May 14, 1900; decided June 5, 1900.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered May 3, 1898, affirming a judgment in favor of plaintiff entered upon a verdict, and an order denying a motion for a new trial.

*Jacob F. Miller* for appellant.

*John F. Foley* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, HAIGHT, MARTIN, LANDON and WERNER, JJ. Dissenting: O'BRIEN, J.